Chad Rasmussen (13847)
ALPINA LEGAL
2230 N University Pkwy., Ste. 7E
Provo, UT 84604
Phone: 801-747-9529
Fax: 801-384-0519
E-mail: chad@AlpinaLegal.com
*Attorney for Cascade Collections LLC, Alpina Legal, and Chad Rasmussen, Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>SCOTT WILLIAMS,<br><br>        Debtors. | **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. § 523(a)(3)**<br><br>Case No. 18-25580 (Ch. 7)<br><br>Judge: Michael F. Thompson<br><br>Adversary No. |
| CASCADE COLLECTIONS LLC, a Utah Limited Liability Company, ALPINA LEGAL, a Utah Limited Liability Company, and CHAD RASMUSSEN, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT WILLIAMS,<br><br>        Defendant. | |

Plaintiffs Cascade Collections LLC, Alpina Legal, and Chad Rasmussen ("Creditors"), by and through their counsel Chad C. Rasmussen of Alpina Legal, and pursuant to 11 U.S.C. § 523(a)(3) and Rules 4007 and 7001(6) Fed. R. Bankr. P., complain of Defendant Scott Williams ("Debtor"), an individual, in order to determine the dischargeability of a debt of Debtor under 11 U.S.C. § 523(a)(3) as follows:

**PARTIES**

1. The Plaintiff Cascade Collections LLC ("Cascade") was a creditor of the Chapter 7 estate of Debtor and Defendant when it obtained a judgment (the "Judgment") against Debtor on July 7, 2016 in Utah State District Court. Attached hereto as **Exhibit A** is a copy of that Judgment.

2. The Plaintiff Alpina Legal is the law office that represented and represents, through its attorney, Cascade in obtaining and recovering the Judgment.

3. The Plaintiff Chad Rasmussen ("Rasmussen") is an individual and is the attorney at Alpina Legal who represented and represents Cascade in obtaining and recovering the Judgment.

4. Debtor is an individual debtor, residing in the State of Utah, who filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on July 31, 2018 (the "Bankruptcy Case").

**JURISDICTION AND VENUE**

5. This adversary proceeding arises out of and relates to the Chapter 7 Bankruptcy Case No. 18-25580 of the above-listed Debtor currently before the United States Bankruptcy Court for the District of Utah, Central Division.

6. The United States Bankruptcy Court for the District of Utah, Central Division has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. § 1334 and pursuant to 11 U.S.C. § 523.

7. This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(I).

8. Venue of this proceeding is proper in the United States Bankruptcy Court for the District

of Utah, Central Division pursuant to 28 U.S.C. § 1409(a).

9. Creditors consent to entry of final orders or judgment by this Bankruptcy Court.

## ALLEGATIONS

10. Creditors request that this Court determine that the Judgment be excepted from discharge in the Debtors' Bankruptcy case for the following reasons:

11. In or about April, 2015, Cascade was assigned a debt owed by Debtor.

12. Creditors drafted a summons and complaint with Cascade listed as the plaintiff to be served upon Debtor for a Utah State District Court case.

13. Debtor was served with the summons and complaint and a Utah State District Court case was filed in the West Jordan Department of the Third Judicial District Court, Salt Lake County, State of Utah, which was assigned case number 160408129 (the "Lawsuit").

14. On or about May 31, 2016 Debtor contacted Creditors by telephone to inquire what the Lawsuit was about.

15. Later in the day on May 31, 2016, Debtor called Creditors again and he and Rasmussen discussed entering into a payment plan for the debt whereby he wanted to pay $200 per month due on the 20th of each month.

16. Rasmussen prepared agreements to memorialize the payment plan discussed on the phone and sent them to Debtor.

17. However, Debtor never signed the agreements for the payment plan, and so Creditors proceeded with the Lawsuit.

18. On July 7, 2016 the Judgment was issued in the Lawsuit in favor of Cascade and against Debtor.

3

19. In Utah, "when a valid and final judgment for the payment of money is rendered, the original claim is extinguished, and a new cause of action on the judgment is substituted for it. In such a case, the original claim loses its character and identity and is merged in the judgment." *Yergensen v. Ford*, 16 Utah 2d 397, 400, 402 P.2d 696, 697 (Utah 1965).

20. On July 31, 2018 Debtor filed his Bankruptcy Case.

21. Debtor's Bankruptcy Case had a proof of claim deadline of December 21, 2018. Attached hereto as **Exhibit B** is a true and correct copy of the deadlines in Debtor's Bankruptcy Case.

22. In the Debtor's Bankruptcy Case there was a Trustee's Request for Creditors to File Claims, with the proof of claim filing deadline: December 21, 2018. Attached hereto as **Exhibit C** is a true and correct copy of the Trustee's Request for Creditors to File Claims in Debtor's Bankruptcy Case.

23. None of the Creditors were served with a copy of the Trustee's Request.

24. In Debtor's Bankruptcy Case none of the Creditors are listed.

25. The Judgment is not listed Debtor's Bankruptcy Case.

26. Prior to the proof of claim deadline of December 21, 2018, Debtor did not give notice to any of the Creditors of his Bankruptcy Case.

27. None of the Creditors were given notice of Debtor's Bankruptcy Case prior to December 21, 2018.

28. On November 21, 2018 an Order of Discharge was issued in Debtor's Bankruptcy Case. Attached hereto as **Exhibit D** is a true and correct copy of the Order of Discharge.

29. Creditors were not served with a copy of the Order of Discharge.

30. The Order of Discharge states, in part: "**Some debts are not discharged** Examples of debts that are not discharged are: …some debts which the debtors did not list properly."

31. Creditors were first notified of the Debtors' Bankruptcy Case on June 24, 2024 when Rasmussen discovered Debtor's Bankruptcy Case after doing a search for bankruptcy filings prior to his paying the filing fee to file a motion to renew the Judgment obtained in the Lawsuit.

**Exception from Discharge – § 523(a)(3)**

32. Creditors incorporate and re-state all the preceding paragraphs as if set forth at length herein.

33. Section 523(a)(3) of the Bankruptcy Code states that a debt is not discharged in a bankruptcy if the debt is "neither listed nor scheduled under section 521(a)(1) of this title, with the name, if known to the debtor, of the creditor to whom such debt is owed, in time to permit … timely filing of a proof of claim, unless such creditor had notice or actual knowledge of the case in time for such timely filing."

34. The Judgment in favor of Cascade was not and is not listed in any of the Debtor's schedules or lists of debts or creditors in his Bankruptcy Case.

35.  None of the Creditors were or are listed in any of the Debtor's schedules or lists of debts or creditors in his Bankruptcy Case.

36. The first time any of the Creditors found out about Debtor's Bankruptcy Case was on June 24, 2024.

37. The proof of claim deadline in Debtor's Bankruptcy Case was December 21, 2018.

38. None of the Creditors had notice or actual knowledge of Debtor's Bankruptcy Case in

time to file a proof of claim on or before December 21, 2018.

39. "[T]he plain language of § 523(a)(3)(A) is conclusive." *Schlueter v. State Farm Mut. Ins. Co. (In re Schlueter)*, 391 B.R. 112, 116 (B.A.P. 10th Cir. 2008).

40. Section "523(a)(3)(A) does not apply to except unscheduled debts from discharge in no asset cases **where no deadline to file proofs of claim is set**." *Pritner v. COFCO Credit Co., L.L.C. (In re Pritner)*, No. WO-04-080, 2005 Bankr. LEXIS 404, *18, 19 (B.A.P. 10th Cir. Mar. 21, 2005) (bold emphasis added).

41. "[U]nder § 523(a)(3)(A), if there is a claims bar date and a creditor does not have actual notice and time to file a proof of claim prior to the expiration of the claims bar date the debt is not discharged and equitable considerations do not apply because they cannot override the statute's plain language." *Schlueter v. State Farm Mut. Ins. Co. (In re Schlueter)*, 391 B.R. 112, 116 (B.A.P. 10th Cir. 2008).

42. The Judgment is excepted from discharge in the Debtors' Bankruptcy Case pursuant to 11 U.S.C § 523(a)(3).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

1. Pursuant to 11 U.S.C. § 523(a)(3) a judgment and order of this Court excepting the Judgment from the discharge in Debtor's Bankruptcy Case; and

2. Such other relief as this Court deems proper.

DATED this 10th day of December, 2025.

/s/ Chad C. Rasmussen
Chad C. Rasmussen
*Attorney for Plaintiffs/Creditors*

# Exhibit "A"

The Order of the Court is stated below:
Dated:  July 07, 2016            /s/  MARY PERKINS
        04:52:51 PM              District Court Clerk

Chad C. Rasmussen (13847)
ALPINA LEGAL
350 E Center Street, Ste. 7
Provo, UT 84606
Phone: 801-747-9529
Fax: 801-384-0519
E-mail: chad@AlpinaLegal.com

*Attorney for Plaintiff*

IN THE WEST JORDAN DEPT. OF THE THIRD JUDICIAL DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH
**8080 S Redwood Rd., Ste. 1701, West Jordan, UT 84088 - 801-233-9700**

| | |
|---|---|
| CASCADE COLLECTIONS LLC, | **DEFAULT JUDGMENT** |
| Plaintiff, | Case No. 160408129 |
| v. | Judge:  L DOUGLAS HOGAN |
| SCOTT WILLIAMS, | 2015-LCKYS-0284 |
| Defendant. | |

In accordance with Utah Rule of Civil Procedure 55(b)(1), and in response to Plaintiff's request for entry of default judgment, Plaintiff shall recover from and judgment by default in favor of the Plaintiff is hereby entered against Defendant for the sum of $5,067.97 plus accrued interest of $1,587.11 plus costs of $277.00 plus attorney's fees of $775.00, plus a collection fee of $2,027.19, a total judgment of $9,734.27 with interest on the total judgment at a rate of 24.880% per annum after the date of this judgment.

IT IS FURTHER ORDERED that this judgment may be augmented in the amount of reasonable costs and attorney's fees expended in collection of the total judgment by execution or otherwise as shall be established by affidavit.

---END OF DOCUMENT---
(Signature appears at the top of the first page.)

1

# Exhibit "B"

**18-25580** Scott Michael Williams

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Joel T. Marker
**Date filed:** 07/31/2018 **Date of last filing:** 12/26/2018
**Debtor discharged:** 11/21/2018
**Date terminated:** 11/27/2018

# Deadlines/Hearings

**Please note:** The time of the 341 meeting should be verified by viewing the 341 meeting notice.

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| | Installment Payment - First (inst1) | 08/01/2018 | 08/14/2018 | | 08/20/2018 | |
| | Aty Comp Disclosure Stmt (atydiscst) | 08/01/2018 | 08/14/2018 | | 08/09/2018 | |
| | Ch 7 Stmt Monthly Income (metest7) | 08/01/2018 | 08/14/2018 | 08/08/2018 | 11/27/2018 | |
| | Declaration/Sched Signatures (decsig) | 08/01/2018 | 08/14/2018 | | 08/09/2018 | |
| | Incomplete Filings Due (fldue) | 08/01/2018 | 08/14/2018 | | 08/09/2018 | |
| | Stmt of Fin Affairs and Sched (staffsch) | 08/01/2018 | 08/14/2018 | 08/08/2018 | 11/27/2018 | |
| | Summary of Assets Liabilities (statsum) | 08/01/2018 | 08/14/2018 | | 08/09/2018 | |
| | Installment Payment - Second (inst2) | 08/01/2018 | 08/28/2018 | | 08/24/2018 | |
| | 45 Day Related Deadline (45day) | 08/01/2018 | 09/17/2018 | | 08/09/2018 | |
| | Installment Payment - Final (instfnl) | 08/01/2018 | 09/18/2018 | | 09/24/2018 | |
| | 341 Meeting (341mtg) | 07/31/2018 | 09/19/2018 at 11:30 AM | 10/24/2018 | 11/27/2018 | |
| | Objection to Discharge (objdisch) | 07/31/2018 | 11/19/2018 | | 11/21/2018 | |
| | Proof of Claims Deadline (pclm) | 09/20/2018 | 12/21/2018 | | 11/27/2018 | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/19/2025 14:50:17 | | |
| **PACER Login:** | chadrasmussenpllc | **Client Code:** |
| **Description:** | Deadline/Schedule | **Search Criteria:** | 18-25580 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Exhibit "C"

## NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

Honorable Joel T. Marker, U.S. Bankruptcy Judge

| CASE NUMBER: 18–25580    CHAPTER: 7 | DATE FILED (OR CONVERTED): 7/31/18 |
|---|---|
| NAME OF DEBTOR(S):<br>Scott Michael Williams, xxx–xx–4550 | ADDRESS OF DEBTOR:<br>222 South 1000 E<br>Clearfield, UT 84015 |
| DEBTOR'S ATTORNEY:<br>KC Garner<br>Beehive Advocates<br>10907 South State Street<br>Sandy, UT 84070<br><br>801–432–2975 | TRUSTEE:<br>Steven R. Bailey tr<br>2454 Washington Blvd.<br>Ogden, UT 84401<br><br>(801) 621–4430 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form enclosed in this mailing must be properly completed and must reach the address below on or before:

December 21, 2018

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

## IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

DATED: 9/20/18

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Utah

Case number _____

## Official Form 410

# Proof of Claim
04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor  _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes.  From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name _____ | Name _____ |
| Number        Street | Number        Street |
| City                State          ZIP Code | City                State          ZIP Code |
| Contact phone  _____ | Contact phone  _____ |
| Contact email  _____ | Contact email  _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____<br>MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes.  Who made the earlier filing?  _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $_____. Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No ☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
|---|---|
| | First name          Middle name          Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number          Street |
| | _____ |
| | City          State          ZIP Code |
| Contact phone | _____          Email _____ |

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 18-25580-JTM
Scott Michael Williams                                                     Chapter 7
             Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2              User: baileysr              Page 1 of 2              Date Rcvd: Sep 20, 2018
                                 Form ID: bln                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db            +Scott Michael Williams,   222 South 1000 E,   Clearfield, UT 84015-1104
11053885      +1st Choice Money Center,   1244 South Redwood Road,   Salt Lake City, UT 84104-3707
11053886      +AA Community Finance,   117 S Prairie St,   Bethalto, IL 62010-1521
11053887       Attorney General for United States,   950 Pennsylvania Avenue, NW,   Room 4400,
                Washington, DC 20530-0001
11053888      +Bluffdale Justice Court,   2222 14400 S,   Riverton, UT 84065-5248
11053889      +Cash Store Corporate Office,   1901 Gateway Drive, Suite 200,   Irving, TX 75038-2425
11053890      +Cbe Hlthcare,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
11053891      +Clearfield Justice Court,   55 S Center Street,   Clearfield, UT 84015
11053893       Dominion Energy,   PO Box 45841,   Salt Lake City, UT 84139-0001
11053895      +Fast Bucks,   4083 S. Redwood Road,   Salt Lake City, UT 84123-1131
11053896      +Fat Money Loans,   21301 Powerline Rd #106,   Boca Raton, FL 33433-2389
11053897      +Glass Mountain Capital,   1930 Thoreau Drive N,   Schaumburg, IL 60173-4179
11053898       Intermountain Health Care,   Remittance Processing,   PO Box 410400,
                Salt Lake City, UT 84141-0400
11053901       Loans For Less,   3396 S 300thw,   Salt Lake City, UT 84115
11053903      +Ofc Rcvy Svc,   120 North 200 West,   Salt Lake City, UT 84103-1509
11053906      +SERENDIPITY LENDING,   533 26th Street STE 100 OFFICE 2,   Ogden, UT 84401-2459
11053905      +Sandy Justice Court,   210 Sego Lily Dr.,   Sandy, UT 84070-3282
11053911      +Utah Title Loans,   1460 S. State Street,   Salt Lake City, UT 84115-5424
11053913      +West Valley Justice Court,   3590 Constitution Blvd,   Salt Lake City, UT 84119-3718
11053914      +Workforce Services,   140 E Broadway,   Salt Lake City, UT 84111-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: kc@beehivelaw.com Sep 21 2018 02:41:29     KC Garner,   Beehive Advocates,
                10907 South State Street,   Sandy, UT 84070
tr            +EDI: BSRBAILEY1 Sep 21 2018 05:58:00     Steven R. Bailey tr,   2454 Washington Blvd.,
                Ogden, UT 84401-2312
11053892      +E-mail/Text: electronicbkydocs@nelnet.net Sep 21 2018 02:42:42     Dept Of Education/neln,
                121 S 13th St,   Lincoln, NE 68508-1904
11053894      +E-mail/Text: bankruptcy@expressrecovery.com Sep 21 2018 02:42:25     Express Rcvy,
                Po Box 26415,   Salt Lake City, UT 84126-0415
11053899       EDI: IRS.COM Sep 21 2018 05:58:00     Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
11053900       EDI: JEFFERSONCAP.COM Sep 21 2018 05:58:00     Jefferson Capital Syst,   16 Mcleland Rd,
                Saint Cloud, MN 56303
11053902      +E-mail/Text: m4u@mny4you.com Sep 21 2018 02:43:47     Mr. Money,   1858 W 5150 S Suite #503,
                Roy, UT 84067-3063
11053904      +E-mail/Text: bankruptcynotifications@pacificorp.com Sep 21 2018 02:43:40
                Rocky Mountain Power,   201 South Main St.,   Salt Lake City, UT 84111-2269
11053907      +E-mail/Text: bknotices@lac77.com Sep 21 2018 02:41:59     Titanium Funds Llc,
                3081 S State St Fl 2,   South Salt Lake, UT 84115-3832
11053909      +E-mail/Text: carolyne@utahpowercu.org Sep 21 2018 02:42:34     Utah Power Cu,   957 E 6600 S,
                Salt Lake City, UT 84121-2444
11053910       EDI: UTAHTAXCOMM.COM Sep 21 2018 05:58:00     Utah State Tax Commission,
                Attn: Bankruptcy Unit,   210 North 1950 West,   Salt Lake City, UT 84134-3340
11053912      +EDI: VERIZONCOMB.COM Sep 21 2018 05:58:00     Verizon Wireless,   Bankruptcy Department,
                500 Technology Drive Suite 500,   Saint Charles, MO 63304-2225
                                                                                          TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11053908       U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   RETURNED MAIL--99999
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                  Signature:  /s/Joseph Speetjens

District/off: 1088-2          User: baileysr          Page 2 of 2          Date Rcvd: Sep 20, 2018
                              Form ID: bln             Total Noticed: 32

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
NONE.                                                                            TOTAL: 0

# Exhibit "D"

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Scott Michael Williams**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–4550**<br><br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br><br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Utah** | | |
| Case number:  **18–25580   JTM** | Chapter 7 | Petition date: 7/31/18 |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott Michael Williams

<u>11/21/18</u>

**By the court:**  <u>Joel T. Marker</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of Utah

In re:                                                                        Case No. 18-25580-JTM
Scott Michael Williams                                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: admin               Page 1 of 2          Date Rcvd: Nov 21, 2018
                             Form ID: 318               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
```
db         +Scott Michael Williams,   222 South 1000 E,   Clearfield, UT 84015-1104
11053885   +1st Choice Money Center,   1244 South Redwood Road,   Salt Lake City, UT 84104-3707
11053886   +AA Community Finance,   117 S Prairie St,   Bethalto, IL 62010-1521
11053887    Attorney General for United States,   950 Pennsylvania Avenue, NW,   Room 4400,
             Washington, DC 20530-0001
11053888   +Bluffdale Justice Court,   2222 14400 S,   Riverton, UT 84065-5248
11053889   +Cash Store Corporate Office,   1901 Gateway Drive, Suite 200,   Irving, TX 75038-2425
11053890   +Cbe Hlthcare,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
11053891    Clearfield Justice Court,   55 S Center Street,   Clearfield, UT 84015
11053893    Dominion Energy,   PO Box 45841,   Salt Lake City, UT 84139-0001
11053895   +Fast Bucks,   4083 S. Redwood Road,   Salt Lake City, UT 84123-1131
11053896   +Fat Money Loans,   21301 Powerline Rd #106,   Boca Raton, FL 33433-2389
11053897   +Glass Mountain Capital,   1930 Thoreau Drive N,   Schaumburg, IL 60173-4179
11053898    Intermountain Health Care,   Remittance Processing,   PO Box 410400,
             Salt Lake City, UT 84141-0400
11140581    Intermountain Healthcare,   PO Box 27808,   Salt Lake City, UT 84127-0808
11053901    Loans For Less,   3396 S 300thw,   Salt Lake City, UT 84115
11110704   +Loans for Less,   3901 Riverdale Rd.#A,   South Ogden UT 84405-1540
11053903   +Ofc Rcvy Svc,   120 North 200 West,   Salt Lake City, UT 84103-1509
11147159   +Questar Gas Company/dba Dominion Energy of Utah,   Bankruptcy DNR 132,   1140 West 200 South,
             PO Box 3194,   Salt Lake City, UT 84110-3194
11053906   +SERENDIPITY LENDING,   533 26th Street STE 100 OFFICE 2,   Ogden, UT 84401-2459
11053905   +Sandy Justice Court,   210 Sego Lily Dr.,   Sandy, UT 84070-3282
11053911   +Utah Title Loans,   1460 S. State Street,   Salt Lake City, UT 84115-5424
11053913   +West Valley Justice Court,   3590 Constitution Blvd,   Salt Lake City, UT 84119-3718
11053914   +Workforce Services,   140 E Broadway,   Salt Lake City, UT 84111-2333
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11053892   +E-mail/Text: electronicbkydocs@nelnet.net Nov 22 2018 02:53:19   Dept Of Education/neln,
             121 S 13th St,   Lincoln, NE 68508-1904
11053894   +E-mail/Text: bankruptcy@expressrecovery.com Nov 22 2018 02:53:06   Express Rcvy,
             Po Box 26415,   Salt Lake City, UT 84126-0415
11053899    EDI: IRS.COM Nov 22 2018 07:29:00   Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
11053900    EDI: JEFFERSONCAP.COM Nov 22 2018 07:28:00   Jefferson Capital Syst,   16 Mcleland Rd,
             Saint Cloud, MN 56303
11053902   +E-mail/Text: m4u@mny4you.com Nov 22 2018 02:54:31   Mr. Money,   1858 W 5150 S Suite #503,
             Roy, UT 84067-3063
11053904   +E-mail/Text: bankruptcynotifications@pacificorp.com Nov 22 2018 02:54:22
             Rocky Mountain Power,   201 South Main St., Suite 2300,   Salt Lake City, UT 84111-2269
11106761   +EDI: SECFIN.COM Nov 22 2018 07:29:00   SFC Central Bankruptcy,   PO Box 1893,
             Spartanburg, SC 29304-1893
11053907   +E-mail/Text: bknotices@lac77.com Nov 22 2018 02:52:43   Titanium Funds Llc,
             3081 S State St Fl 2,   South Salt Lake, UT 84115-3832
11053909   +E-mail/Text: carolyne@utahpowercu.org Nov 22 2018 02:53:10   Utah Power Cu,   957 E 6600 S,
             Salt Lake City, UT 84121-2444
11053910    EDI: UTAHTAXCOMM.COM Nov 22 2018 07:29:00   Utah State Tax Commission,
             Attn: Bankruptcy Unit,   210 North 1950 West,   Salt Lake City, UT 84134-3340
11053912   +EDI: VERIZONCOMB.COM Nov 22 2018 07:28:00   Verizon Wireless,   Bankruptcy Department,
             500 Technology Drive Suite 500,   Saint Charles, MO 63304-2225
                                                                        TOTAL: 11
```

```
      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11053908    U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   RETURNED MAIL--99999
                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                          Signature:  /s/Joseph Speetjens

District/off: 1088-2          User: admin              Page 2 of 2          Date Rcvd: Nov 21, 2018
                             Form ID: 318              Total Noticed: 34

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
        KC  Garner    on behalf of Debtor Scott Michael Williams kc@beehivelaw.com,
        ecfbeehivelegal@gmail.com,sally@beehivelaw.com,bryan@beehivelaw.com,
        katy@beehivelaw.com;garnerkr72417@notify.bestcase.com
        Steven R. Bailey tr    trusteebailey@baileylaw.org,  UT06@ecfcbis.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

                                           TOTAL: 3